**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

CHRISTOPHER D. JOHNSON, :
    Plaintiff, :
v. : 1:06-CV-145 (WLS)
Warden CYNTHIA NELSON, et al., :
    Defendants. :

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed October 31, 2006. (Doc. No. 4). It is recommended that Defendant "Autry State Medical Staff Provider" be dismissed from this action. Niether Plaintiff, nor Defendant has filed an objection.

Accordingly, upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. No. 4) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendant "Autry State Medical Staff Provider" is **DISMISSED** from this action.

**SO ORDERED**, this __16th__ day of May, 2008.

                                      /s/W. Louis Sands
                                      **THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE**